## 2017 ND 238

**Joshua CLARK, Petitioner and Appellant**

v.

**STATE of North Dakota, Respondent and Appellee**

No. 20170076

Supreme Court of North Dakota.

Filed 10/17/2017

Kiara C. Kraus–Parr, Grand Forks, N.D., for petitioner and appellant.

Marina Spahr, Assistant State's Attorney, Bismarck, N.D., for respondent and appellee.

Per Curiam.

[¶ 1] Joshua Clark appeals from a district court's judgment summarily dismissing his application for post-conviction relief. On appeal, Clark argues the district court erred by dismissing his application without holding an evidentiary hearing. Because Clark was put to his proof and did not meet his minimal burden of supporting his application with competent, admissible evidence raising an issue of material fact, we summarily affirm under N.D.R.App.P. 35.1(a)(7). *See, e.g., Ude v. State*, 2009 ND 71, ¶ 12, 764 N.W.2d 419 (affirming the summary dismissal of a post-conviction application when the petitioner was put to his proof and failed to present any competent evidence raising an issue of material fact).

[¶ 2] Gerald W. VandeWalle, C.J.

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers

Jon J. Jensen